# Exhibit A



**null / ALL**
**Transmittal Number: 23327452**
**Date Processed: 06/10/2021**

# Notice of Service of Process

| Primary Contact: | SOP UPS - United Parcel |
| --- | --- |
| | SOP - PowerBrief - Wilmington |
| | 251 Little Falls Dr |
| | Wilmington, DE 19808-1674 |

| Electronic copy provided to: | CSC Test |
| --- | --- |
| | Arlette Willis |
| | Bishop Martin |
| | Salem Desir |

| | |
| --- | --- |
| **Entity:** | UPS Supply Chain Solutions, Inc. |
| | Entity ID Number  2551137 |
| **Entity Served:** | UPS-scs |
| **Title of Action:** | Inosencio Baez Samora vs. UPS-scs |
| **Matter Name/ID:** | Inosencio Baez Samora vs. UPS (10344855) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Hillsborough County Superior Court, NH |
| **Case/Reference No:** | 226-2021-CV-00048 |
| **Jurisdiction Served:** | New Hampshire |
| **Date Served on CSC:** | 06/10/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Inosencio Baez Samora |
| | 603-219-1029 |
| **Client Requested Information:** | Matter Type: $1,000,000 plus sought |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name:    **Inosencio Baez Samora v UPS-scs**
Case Number:  **226-2021-CV-00048**

Date Complaint Filed: January 29, 2021
A Complaint has been filed against UPS-scs in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| June 25, 2021 | Inosencio Baez Samora shall have this Summons and the attached Complaint served upon UPS-scs by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| July 16, 2021 | Inosencio Baez Samora shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | UPS-scs must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to UPS-scs:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:
  Inosencio Baez Samora      General Delivery Nashua NH  03061
  UPS-scs                    52 Pettengill Road Londonderry NH  03053

                             BY ORDER OF THE COURT

May 11, 2021                 Amy M. Feliciano
                             Clerk of Court

  (126849)

This is a Service Document For Case: 226-2021-CV-00048
Hillsborough Superior Court Southern District

Instructions for filing the Return of Service:
If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case". Enter 226-2021-CV-00048 and click Next.

2. When you find the case, click on the link follow the instructions on the screen. On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".

3. Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.

4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents. On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

## FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.

May 11, 2021
Date

Amy M. Feliciano
Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:      **Inosencio Baez Samora v UPS-scs**
Case Number:    **226-2021-CV-00048**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Hillsborough Superior Court Southern District.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Hillsborough Superior Court Southern District** as the location.

3. Select "I am filing into an existing case". Enter **226-2021-CV-00048** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

File Date: 1/29/2021 2:03
Hillsborough Superior Court Southern Dist
E-Filed Docum

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

| | |
|---|---|
| Court Name: | Hillsborough - Superior Court-Southern District |
| Case Name: | Inosencio Baez Samora v. UPS-scs |
| Case Number:<br>(if known) | 226-2021-CV-00048 |

## COMPLAINT

Requested:   ☒ Jury Trial (as allowed by law)   ☐ Bench Trial

1. **Plaintiff's Name** Inosencio Baez Samora

   **Residence Address** General Delivery, Nashua, NH 03061

   **Mailing Address (if different)** _____

   **Telephone Number (Home)** _____ **(Mobile)** (603) 219-1029

2. **Defendant's Name** UPS-scs

   **Residence Address** 55 Glenlake Pkwy Ne, Spalding Woods, Atlanta, GA 30328

   **Mailing Address (if different)** 52 Pettengill Road, Londonderry, NH 03053

   Officer or Authorized Agent: Ups Supply Chain Solution

3. **First thing that happened (in one sentence):**

   Claim amount: $5,500,000.00. Before I quit my position as "Auto-bagger operator I was a "Receiving Leader", after various complain I met with H.R department and my supervisor Heather B.  I was expecting to meet with my boss "Michael".  I also send e-mail to H.R department in Georgia "Head-Quarter" office I never received answer.

4. **Second thing that happened (in one sentence):**

   I quit the job for harassment and discrimination also to avoid hurt someone or someone hurt me, I contacted NH labor department by e-mail and I personal visit the office of the NH Commissioner office in Concord and file a case against UPS-supply chain solution. and nothing happened. My email was re-writhed by IT to said that I did not know how write in English.

5. **Third thing that happened (in one sentence):**

   I was blocked from moving to another position and location (Chelsea MA), different time I applied for the position and within a week the job description was changed or deleted from the systems, but I did not see anybody hired. Although I was treated as if I was someone else, trying to make me believe I was someone else depending on how I dress or the day of the week.

Continue on using separately numbered paragraphs (attach additional sheets if necessary).

TurboCourt.com Form Set #5373199

**Case Name:** Inosencio Baez Samora v. UPS-scs

**Case Number:**

**COMPLAINT**

For the reasons stated in this Complaint, I request that the Court issue the following orders:
A. Describe the orders you want the Court to make:

I want UPS-scs to provide the court and me with the information of individual such as name and physical address who are responsible for this matter. Blocking me from complaining at the NH labor commissioner, finding a lawyer and denying my unemployed benefit.

B. All other relief the Court deems fair and just. [See Attachment(s), 'Item A' (continued)]

| | |
|---|---|
| Inosencio Baez Samora | /s/ Inosencio Baez Samora       1/29/21 |
| Name of Filer | Signature of Filer                Date |
| | (603) 219-1029 |
| Law Firm, if applicable     Bar ID # of attorney | Telephone |
| General Delivery | ibzamora@outlook.com |
| Address | E-mail |
| Nashua, NH 03061 | |
| City          State          Zip code | |

TurboCourt.com Form Set #5373199

Attachment Page __1__ (of __2__ )

To <u>Complaint</u>

**Additional Claim Details**

6. I was arrested in January 2017 and placed on GPS and not allowed to leave Massachusetts State. I believe UPS managers participated in my imprisonment. I served 18months in jail from September 2017 to March 2019, between Middleton MA and Lawrence C. A.C. (The Farm). Prisoner ID: BK#P1702997 ECSD MSA0714072. I file for unemployment compensation and it was denied.

7. UPS H.R manager first said that I did not work at Londonderry facility, after my release from jail I found that a hearing was conducted without my knowledge or physical present. I filed again, but I was not allowed to re-open my old case. I saw a letter approving my compensation but weeks later all my letters and file were deleted from profile and system.

8. Since I quit the job in 2016 I had try to find help to collect my compensation and to complain to UPS-scs but I always being fallow by people. My computer and cell phone always being jacked, deleting information from me and contacting whoever I contact asking for help. They had hired people to say that I am crazy, attacked by a Latin King gangs member with the same intention.

9. UPS-scs manager uses the wrong interpretation of religion torch me saying that I get possessed by a spirit or someone else as a sorcerer. I only believe in "God"; I am a Christian believer who hates the practice of witchcraft or voodoo as Haitian call it. Manager used employee to harass me, creating the story that If I get angry an spirit will posses me and miracle could happen.

10. I have been homeless since 2016 I lost my apartment because my low paid rate and not allow to work overtime. This matter not only affects me but also my mother and daughters who I support. I have been having difficulty finding a job and my family have been humiliated causing us mental anguish.

**Item A (continued)**
If UPS-scs management is responsible I want them to paid $5,500.000.00 (five million, five hundred thousand dollars). Or what the court consider fair. My family had been destroyed leaving me and my mother homeless and unable to help my daughters.

If such individual is named and address is provided by UPS-scs, I want to press charged. I want the court to find and delivered the right punishments'

TurboCourt.com Form Set #5373199

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

Attachment Page __2__ (of __2__ )

To Complaint _____

against this people.

I want the court to prevent this people to continually fallow me,
intervening my cell and jacking me laptop looking personal information.
Creating false history about me.

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

I had quit the job already with no intention to return to UPS, I was arrested base on a lie from a roommate name "Luis Recio Perdomo", which I believe he was paid to lie, saying that I was going to kill a girlfriend in NH and people at UPS for letting me go, when I voluntary quit the job. I also was fallow to every place I go, special when trying to find a Lawyer, going to the Commissioner office in Concord (Human Right Department). I also sent an e-mail and requested a meeting with the Labor department Office but never received an answer. I believe someone was blocking me from contacting an office who could listen to me about what happened at work. This when I decide to move to MA to avoid problem and purchase a gun to protect myself.

At Middleton Jail I met with most of the people who were paid to follow me. (The gang's group "Trinitario" Dominican) and (The gangs group "Los Discipulos" Puerto Rican). Most of them told me that they didn't know why they followed me, they just got paid to follow me and harass me. I also was told, I was hired to help the UPS company to read employee mind so they could make a good selection of their employee since it was a new building, the reason I was harassed by co-worker was: (I have a spirit that take possession of me when I'm angry, and won't remember anything next day),  and the spirit would tell manager how to do a better job in the company, and who deserve each position. They continue the same game at the Jail, to said that all the harassment at UPS it was part of the same game and I was agreeing to playing it, (deciding who leave and who stay in the company). I was treated as different person, saying I have double personality depending on how I dress depending on the day of the week. There was history saying that I work for the government, and I was just helping the company to open the location. (this personality was gay, rich ex-military Puerto Rican nationality). The other personality (was a drug addict, drug dealer from NY, thief, a computer jacker, with black American accent).

I hope to be given the opportunity to open the case so I could be present for any further meeting regarding the determination and to discuss what I had written in this letter.

Thank you

Sincerely:

Inosencio Baez Samora

**APPEAL TRIBUNAL**
**Commissioner of NH**
**Employment Security, c/o Legal Section**

226-2021-CV-00048

I'm not agree in the determination #: 6455860-1 Docket # 1700900326 for the following reason.

When I tried to reopen this decision after I was released from the Middleton Jail on March 13, I was told to open a new claim at Nashua NH unemployment office, although I never appeared to the Appeals. I was on probation and not allowed to leave MA. From April 2017 to September 2017 I was in Dominican Republic, I was contacted by The Supreme Court by email, and I summarized all information asked by mail, since that time I never heard about this case again. From September 25, 2017 to March 13, 2019 I was in Jail.

After I met with H.R department and my supervisor Heather B., I was expecting to meet with my boss "Michael" which never happened. I believe he was not interested in discussing my problem, also they were blocking me from contacting any other manager taking away my email.

The harassment no was only base on calling me honey, co-worker was sand to place pink note on my work station and in my computer desk when I was a Team-Leader (telling me that I'm gay), a co-worker name Nicky she told me one day that the bar I visit is for gay, another co-worker approach to me to tell me that the T-shirt I was wearing (used to be white when I first started working at the company but now is black) I received this kind of racial comment many time. I was called "mother fucker by the supervisor assistance, and bitch by a coworker when we were at lunch. The company fired three African American blaming me for my complaint against them. One of them was instructed to leave the package under the table, I found the package and reported to Heather (receiving supervisor) he was terminated the next day. I complained about a manager from Georgia, (he used to hold my shoulder and ask me, "are you ok" he did it three consecutive times. I never called the H.R department to discuss the problem). The machine where I used to work (as auto-bagger) was sabotaged many times, I believe the idea was I could go to work at the receiving line so I could receive harassment from other employees. I although was blocked from moving to another position and location (Chelsea MA), different time I applied for the position and within a week the job description was changed or deleted from the systems, but I did not see anybody hired.

The fight at Nashua Shelter, I believe it was product of the same problem at UPS. I decide to quit the job because, all the harassment, the sabotage of the machine, the manager department no interfering in my problem, I decide to avoid hurt someone or someone hurt me. The incarceration stated in the decision on (January 19, 2017 through February 3, 2017).

**NHES**
*New Hampshire*
*Employment*
*Security*
www.nhes.nh.gov
*"We're working to keep New Hampshire working"*

*APPEAL TRIBUNAL*
*45 SOUTH FRUIT STREET*
*PO Box 2009*
*CONCORD, NH 03302-2009*

226-2021-CV-00048

**APPEAL REQUEST**

For more information, see RSA 282-A:48; RSA 282-A:60; RSA 282-A:64; and RSA 282-A:95.

*CLAIMANT NAME:*  Inosencio Baez Samora    *SS#:* XXX-XX-

*REQUEST BY:* ☒ Claimant  OR  ☐ Employer (**NAME**):

| I APPEAL DETERMINATION OR DECISION | 1700900102 | ISSUED | 02/27/2017 |
|---|---|---|---|
| | DTM ID, DOCKET, or EMP ACCT # | | DATE ISSUED |

PROVIDE EVERY REASON WHY YOU DISAGREE:*

I'm not agree in the determination #: 6448309-1 Docket No. 1700900102 / 6455860-1 Docket # 1700900326. I try to reopen this decision since I was release from Jail on March 13, instead I was directed to open a new claim at Nashua NH Unemployment Office, although I never appeared to the Appeals hearing. The harassment not only was base on calling me "honey", they also used to place pink note on my work station and in my computer desk when I was a Team-Leader telling me that I'm gay.  A co-worker name Nicky she told me that the bar I visit in Manchester is for gay, another co-worker approach to me to tell me that the T-shirt I was wearing (used to be white when I first started working at the company but now is black) I received this kind of racial comment many time. I was call "mother "fucker" by the supervisor assistance, and bitch by co-worker when we were at lunch. The company fired 3 Black American blaming me for my complain against them (which is not true). One of them was instructed to left package under the table, I found the package and reported to Heather, he was terminated next day. I complain about a manager from Georgia, (he used to hold my shoulder and ask me, "are you ok" he did it for 3 consecutive times). I never was call to H.R department to discuss the problem) The machine I used for work, it was sabotage many time, I believe the idea was I could go work at the receiving line so I could receive harassment from other co-worker. I although was block from moving to another position and location (Chelsea MA), different time I applied for position and within a week the job description was change or delete from the systems, but I did not see nobody hired.

IF IT IS MORE THAN 14 DAYS AFTER THE DATE ISSUED, GIVE THE REASON WHY THE REQUEST IS FILED LATE:*

At Middleton Jail I meet with most of the people who was paid to fallow me. (The gang's group "Trinitario" Dominican) and (The gangs group "Los Discipulos" Puerto Rican). Some of them told me that they didn't know why they fallow me, they just got paid to harass me. I was hired to help the company to read employee mind, to select the best employee. I was harass by co-worker because: (I have a spirit that take possession of me when I'm angry, and won't remember anything next day), I would tell manager how to do a better job in the company, and who deserve each position. I was treated with different personality. 1 (A Puerto Rican, gay ex-military) 2 (A thief, drug addict and computer jacker).

* IF MORE SPACE IS NEEDED, USE THE BACK OR ADDITIONAL PAPER.

DO YOU NEED AN INTERPRETER (LIMITED ENGLISH PROFICIENCY OR HEARING-IMPAIRED)?  ☒ No  ☐ Yes

IF "YES", WHAT IS YOUR PREFERRED LANGUAGE? _____

**CLAIMANT: I know I need to continue to file claims for each week of unemployment during the appeal process.**
**If I win my appeal, I know that I may only be paid benefits for weeks that are filed timely.**

| | 09/27/2019 | 603-324-9160 |
|---|---|---|
| SIGNATURE | DATE | TELEPHONE NUMBER |

| | |
|---|---|
| NAME (IF NOT THE CLAIMANT) | JOB TITLE (IF NOT THE CLAIMANT) |

| OFFICE USE: | Received by | Office | Date |
|---|---|---|---|

*NHES is a proud member of America's Workforce Network and NH Works. NHES is an Equal Opportunity Employer and complies with the Americans with Disabilities Act. Auxiliary Aids and Services are available on request of individuals with disabilities. NHES 0093 R-05/2014 gbi*

*Telephone (603) 223-6140    Fax (603) 223-6141    TDD/TTY Access: Relay 1-800-735-2964    Web site: www.nhes.nh.gov*

This is a Service Document For Case: 226-2021-CV-00048
Hillsborough Superior Court Southern District

NHES 0093 R-07/2014 gbi



**NEW HAMPSHIRE EMPLOYMENT SECURITY**

# APPEAL TRIBUNAL DECISION

226-2021-CV-00048

JFS-86969

| Claimant's Name | Social Security Number |
|---|---|
| INOSENCIO BAEZ SAMORA | ***-**-3440 |

Date Issued:
02/27/2017

Appeal Tribunal:

APPEALS - APPEAL TRIBUNAL
45 SOUTH FRUIT STREET
PO BOX 2009
CONCORD NH 03302-2009

Phone: (603) 223-6140
Fax:    (603) 223-6141

INOSENCIO BAEZ  SAMORA
PO BOX 825
LYNN MA 01903-0925

## APPELLANT:

Claimant

## DOCKET NUMBER(S):

1700900102

## INTERESTED PARTIES:

Inosencio Baez Samora
UPS Supply Chain Solutions, Inc.

## CASE HISTORY:

Determination #: 6448309-1
Quit-Harassment DENIED
Appealed by: Claimant

Benefits denied.  Claimant appealed.

More than one appeal was filed.  The department consolidated the hearings for efficiency.  This decision also addresses:
Determination #: 6455860-1
Availability-In Jail/Legal Detention DENIED
Appealed by: Claimant
Docket # 1700900326

## APPEARANCES:

The claimant appeared.

Jessica Swanson, human resources supervisor, and Abbey Spencer, human resources supervisor, appeared on behalf of UPS Supply Chain Solutions, Inc.

## EXHIBIT(S):

Claimant Exhibit # 1, Emails

## ISSUE(S) OF LAW:

RSA 282-A: 32, I (a), whether the claimant left work without good cause attributable to the employer.

RSA 282-A: 31, I (c), whether the claimant was available for work.



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 001022
Page 1 of 4

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000019588025

PSN: 001022
NOTICE: JI57N1

This is a Service Document For Case: 226-2021-CV-00048
Hillsborough Superior Court Southern District

## FINDINGS OF FACT:

The claimant began working for UPS Supply Chain Solutions, Inc., the employer, in June 2015.  At the time of his separation, he was a full-time auto bagger earning $13.67 per hour.

The claimant cited numerous concerns with coworkers and his supervisors over the course of his employment.  He felt that some of the employees and supervisors did not want him working there.  He sent multiple emails to the manager with his complaints.  He also sent emails to various human resources representatives.

On June 20, 2016, Ms. Spencer, and another human resources representative, met with the claimant regarding the concerns he had detailed in his emails.  They reviewed the concerns with him.  They noted that many of his concerns were not work-related, and advised him that they could not do anything about those.  They assured him that they would address the concerns that were work related.

Ms. Spencer and the other human resources representative also talked to the claimant about how some of the behaviors he found concerning were a matter of interpretation.  They advised him that the employer had an open door policy, and to come to them, or any manager with whom he felt comfortable, with any further concerns.

Subsequent to this meeting, the claimant sent an email reporting that two coworkers had called him "Honey."  The employer spoke to the employees, and told them not to call the claimant nicknames any more.

The claimant felt that the issues with coworkers mocking him, copying his language and behaviors, and playing games with him continued.  He sent multiple emails to the employer about varied issues, many unrelated to work, or to the claimant.  He did not ask to meet with human resources again.  He did not think that anything had changed after the meeting.

The claimant sent the manager an email asking to speak to him regarding a future decision.  The manager did not reply, nor did he meet with the claimant.  He told the claimant in person that he had been busy, but had seen his email.  Shortly thereafter, the claimant noticed that he was not able to get into his email.  He questioned the employer, who advised him that they had taken email access away for employees in the warehouse who did not need such access for their job.  The claimant was one such employee.

The claimant last worked for the employer on October 20, 2016.  He was scheduled to be off on October 21, 2016.  He was staying in a shelter in Nashua, New Hampshire.  While at the shelter, he got into a physical fight with an individual who was drunk.

He decided that he was not going to go back to work because of the harassment he felt he from his coworkers.  He was afraid that he would get into a physical fight at work.  He sent the employer a letter stating he was quitting because of harassment, and returned his badge with the letter.

The claimant was incarcerated from January 19, 2017 through February 3, 2017.  He was not available for work during this time.

## CONCLUSION(S) OF LAW:

Leaving work without good cause is disqualifying.  For a quit to be for good cause, it must be work-related and reasonable under the totality of the circumstances.  RSA 282-A: 32, I (a), 503.01 (a).

In this case, the claimant left work over perceived harassment from coworkers and supervisors.  He brought his concerns to human resources, and was told to bring further concerns to any manager or human resources.  He did not do so.  In failing to bring any additional or continued concerns to the employer's attention, he precluded the employer from addressing those concerns.  He continued to work until October 20, 2016.  He opted not to return after getting into a physical altercation outside of work because he was afraid he might have a physical altercation at work as well.

His reasons for leaving are connected to his work, namely the perceived harassment.  The conditions that have been described are nothing more than normal workplace unpleasantness that employees are routinely expected to endure.

The Chairman thus concludes that the claimant left work without good cause attributable to the employer.

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 001022
Page 2 of 4

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000019588025

PSN: 001022
NOTICE: JI57N1



Availability for work is an eligibility requirement for receiving unemployment compensation benefits.  RSA 282-A: 31, I (c).

The claimant was incarcerated from January 19, 2017 through February 3, 2017.  He was not available to work during that period.  The Chairman concludes that the claimant does not meet the availability requirements for the weeks ending January 22, 2017 through February 4, 2017.

## DECISION:

As it pertains to the claimant's separation, the Chairman modifies the Certifying Officer's determination dated January 13, 2017.  The Chairman denies benefits from October 20, 2016 and until the claimant has worked and earned wages in employment in each of five weeks of at least 20% more than his weekly benefit rate.

As it pertains to the claimant's availability, the Chairman affirms the Certifying Officer's determination dated February 8, 2017, and separately denies benefits for the weeks ending January 22, 2017 through February 4, 2017.

## REMAND:

The record discloses that Symmetry Medical Manufacturing, Inc. reported wages for the claimant in the fourth quarter of 2016.  This employer is not listed as part of the claimant's employment history for 2016.  The file is remanded to contact the claimant and Symmetry Medical Manufacturing, Inc. to determine whether the claimant worked for this employer in the fourth quarter of 2016, to add this employer to the claimant's employment history and further processing, if necessary.  The BAU is to issue additional determinations, as necessary.

## DECISION OF THE APPEALS TRIBUNAL: Chairman  Heather Bonner

Hearing Method: By phone          Hearing Date: 02/22/2017          Hearing Location: Nashua Local Office

| IF YOU WISH TO APPEAL THIS DECISION, SEE THE NEXT PAGE FOR YOUR APPEAL RIGHTS. |
| THIS DECISION IS FINAL UNLESS AMENDED BY THE CHAIRMAN OR APPEALED IN WRITING. |
| AN APPEAL IS TIMELY IF IT IS RECEIVED IN THE DEPARTMENT OR POSTMARKED NO LATER THAN: |
| 03/13/2017 |



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traducción.

DSN:  001022
Page 3 of 4

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000019588025

PSN: 001022
NOTICE: JI57N1

**THIS DECISION IS FINAL UNLESS APPEALED IN WRITING OR AMENDED BY THE CHAIRMAN.**

AN APPEAL IS TIMELY IF IT IS RECEIVED IN THIS DEPARTMENT OR POSTMARKED BY:
03/13/2017.

**APPEAL RIGHTS:** An Interested Party adversely affected by this Decision may request the Commissioner reopen the Decision due to fraud, mistake, or newly-discovered evidence. The Unemployment Compensation Law, as provided in RSA 282-A:60, requires a written request that includes the facts or arguments that are the basis for the request. The request should be addressed to: **Commissioner, NH Employment Security, c/o Legal Section, 45 South Fruit Street, Concord, NH 03301-4857.** Please include your name, the docket number, and the last four digits of the claimant's Social Security number.

A reopen request is timely if postmarked or received by the Department within **14 calendar days from the date the Decision was issued.** If the 14th day is a Saturday, Sunday or legal holiday, the deadline above was extended to the next work day.

If the reopen request is filed after this deadline, include the reason(s) for the delay, as the Commissioner may extend this limit if sufficient grounds exist to justify or excuse a filing delay.

> After all appeal levels have been exhausted, RSA 282-A:29 allows the Commissioner, with the approval of the Attorney General's Office, to forgive an individual of an overpayment of benefits under certain conditions. You may request forgiveness of the overpayment debt by writing to the **Deputy Commissioner, 45 South Fruit Street, Concord, NH 03301.** Your request must explain why you believe this debt should be forgiven.

## PROTECTION OF RIGHTS AND BENEFITS

**Waiver of Rights Void:** Any agreement by an individual to waive, release, or commute his rights to benefits or any other rights under this chapter shall be void. See RSA 282-A:157.

**Limitation of Fees:** No individual claiming benefits shall be charged fees of any kind in any proceeding under this chapter by the commissioner of the department of employment security, or by his representative or by any court or by any officer thereof. Any individual claiming benefits before the commissioner or his representative may be represented by counsel or other duly authorized agent; but no such counsel or agent shall either charge or receive for such services more than an amount approved by the commissioner. Any person who violates any provision of this section shall be guilty of a misdemeanor. See RSA 282-A:158.

**No Assignment or Attachment of Benefits:** Any assignment, pledge, or encumbrance of any right to benefits, which are or may become due or payable under this chapter shall be void. Such rights to benefits shall be exempt from levy, execution, attachment, or any other remedy whatsoever provided for the collection of debt or taxes. Benefits received by any individual, so long as they are not mingled with other funds of the recipient, shall be exempt from any remedy whatsoever for the collection of all debts except debts incurred for necessaries furnished to such individual or his spouse or dependents during the time when such individual was unemployed. Any waiver of any exemption provided for in this section shall be void except for child support obligations as provided in RSA 282-A:31. See RSA 282-A:159.

**Prohibition Against Discrimination:** No person shall discriminate in any way against another person because of his appearance or intended appearance as a witness or party, or for giving or furnishing information in connection with any proceeding under this chapter or an appeal therefrom. Any person who violates any provision of this section shall be subject to the penalties provided in RSA 282-A:161-168. See RSA 282-A:160.

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 001022
Page 4 of 4

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000019588025

PSN: 001022
NOTICE: JI57N1



# NEW HAMPSHIRE EMPLOYMENT SECURITY

# APPEAL TRIBUNAL DECISION(S)

JFS-86969

| Claimant's Name<br>INOSENCIO BAEZ SAMORA | Social Security Number<br>***-**-3440 |
|---|---|
| | Date Issued:<br>04/26/2019 |
| | Appeal Tribunal:<br><br>APPEALS - APPEAL TRIBUNAL<br>45 SOUTH FRUIT STREET<br>PO BOX 2009<br>CONCORD NH  03302-2009<br><br>Phone:  (603) 223-6140<br>Fax:      (603) 223-6141 |

INOSENCIO BAEZ SAMORA
PO BOX 2091
LYNN MA  01901

| Employer Name | UI Account Number |
|---|---|

## APPELLANT:

Claimant

## DOCKET NUMBER(S):

1900900740

## INTERESTED PARTIES:

Original Determination: INOSENCIO BAEZ SAMORA, UPS SUPPLY CHAIN SOLUTIONS INC

## CASE HISTORY:

Determination #: 6627967-1
Monetary - UI-Monetarily Ineligible DENIED
Appealed by: Claimant

## APPEARANCES:

None. The Department duly notified the claimant the date and time of the telephone hearing.  The claimant did not provide a telephone contact number or request a postponement.

## EXHIBIT(S):

None.

## ISSUE(S) OF LAW:

None.

## FINDINGS OF FACT:

The claimant, the appellant, was not available at the contact number he provided for the Appeal Hearing of April 25, 2019 at 9:45 AM.  He did not request a postponement in advance of the hearing.

## CONCLUSION(S) OF LAW:

The record does not disclose an error, therefore, the Appeal Tribunal Chairman dismisses the claimant's appeal of April 9, 2019, per RSA 282-A: 58 and Emp 207.21.

## DECISION:

This Document includes 1 separate decision(s).

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.



DSN: 000890
Page 1 of 3

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021348134

PSN: 000890
NOTICE: JI57N1

Chairman affirms the Certifying Officer's determination issued on April 8, 2019.

**Chairman affirms the Certifying Officer's determination issued on April 8, 2019.**

CISION OF THE APPEALS TRIBUNAL: Chairman  Kevin Croce

aring Method: By phone        Hearing Date: 04/25/2019        Hearing Location: Conway Local Office

IF YOU WISH TO APPEAL THIS DECISION, SEE THE NEXT PAGE FOR YOUR APPEAL RIGHTS.
THIS DECISION IS FINAL UNLESS AMENDED BY THE CHAIRMAN OR APPEALED IN WRITING.
AN APPEAL IS TIMELY IF IT IS RECEIVED IN THE DEPARTMENT OR POSTMARKED NO LATER THAN:
05/10/2019

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021348134

PSN: 000890
NOTICE:  JI57N1

DSN: 000890
Page 2 of 3

**THIS DECISION IS FINAL UNLESS APPEALED IN WRITING OR AMENDED BY THE CHAIRMAN.**

AN APPEAL IS TIMELY IF IT IS RECEIVED IN THIS DEPARTMENT OR POSTMARKED BY: 05/10/2019.

**APPEAL RIGHTS:** An Interested Party adversely affected by this Decision may request the Commissioner reopen the Decision due to fraud, mistake, or newly-discovered evidence. The Unemployment Compensation Law, as provided in RSA 282-A:60, requires a written request that includes the facts or arguments that are the basis for the request. The request should be addressed to: **Commissioner, NH Employment Security, c/o Legal Section, 45 South Fruit Street, Concord, NH 03301-4857**. Please include your name, the docket number, and the last four digits of the claimant's Social Security number.

A reopen request is timely if postmarked or received by the Department within **14 calendar days from the date the Decision was issued**. If the 14th day is a Saturday, Sunday or legal holiday, the deadline above was extended to the next work day.

If the reopen request is filed after this deadline, include the reason(s) for the delay, as the Commissioner may extend this limit if sufficient grounds exist to justify or excuse a filing delay.

After all appeal levels have been exhausted, RSA 282-A:29 allows the Commissioner, with the approval of the Attorney General's Office, to forgive an individual of an overpayment of benefits under certain conditions. You may request forgiveness of the overpayment debt by writing to the **Deputy Commissioner, 45 South Fruit Street, Concord, NH 03301**. Your request must explain why you believe this debt should be forgiven.

## PROTECTION OF RIGHTS AND BENEFITS

**Waiver of Rights Void:** Any agreement by an individual to waive, release, or commute his rights to benefits or any other rights under this chapter shall be void. See RSA 282-A:157.

**Limitation of Fees:** No individual claiming benefits shall be charged fees of any kind in any proceeding under this chapter by the commissioner of the department of employment security, or by his representative or by any court or by any officer thereof. Any individual claiming benefits before the commissioner or his representative may be represented by counsel or other duly authorized agent; but no such counsel or agent shall either charge or receive for such services more than an amount approved by the commissioner. Any person who violates any provision of this section shall be guilty of a misdemeanor. See RSA 282-A:158.

**No Assignment or Attachment of Benefits:** Any assignment, pledge, or encumbrance of any right to benefits, which are or may become due or payable under this chapter shall be void. Such rights to benefits shall be exempt from levy, execution, attachment, or any other remedy whatsoever provided for the collection of debt or taxes. Benefits received by any individual, so long as they are not mingled with other funds of the recipient, shall be exempt from any remedy whatsoever for the collection of all debts except debts incurred for necessaries furnished to such individual or his spouse or dependents during the time when such individual was unemployed. Any waiver of any exemption provided for in this section shall be void except for child support obligations as provided in RSA 282-A:31. See RSA 282-A:159.

**Prohibition Against Discrimination:** No person shall discriminate in any way against another person because of his appearance or intended appearance as a witness or party, or for giving or furnishing information in connection with any proceeding under this chapter or an appeal therefrom. Any person who violates any provision of this section shall be subject to the penalties provided in RSA 282-A:161-168. See RSA 282-A:160.



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021348134

PSN: 000890
NOTICE: JI57N1



# NEW HAMPSHIRE EMPLOYMENT SECURITY

## APPEAL TRIBUNAL DECISION(S)

CDDOwlRo2l

*Gabriel U22010*

JFS-86969

| Claimant's Name | Social Security Number |
|---|---|
| INOSENCIO BAEZ SAMORA | ***-**-3440 |

**Date Issued:**
05/08/2019

**Appeal Tribunal:**

APPEALS - APPEAL TRIBUNAL
45 SOUTH FRUIT STREET
PO BOX 2009
CONCORD NH 03302-2009

Phone: (603) 223-6140
Fax:   (603) 223-6141

INOSENCIO BAEZ SAMORA
PO BOX 2091
LYNN MA 01901

| Employer Name | UI Account Number |
|---|---|

## APPELLANT:

Claimant

## DOCKET NUMBER(S):

1900900799

## INTERESTED PARTIES:

Inosencio Baez Samora
UPS Supply Chain Solutions, Inc.

## CASE HISTORY:

Determination #: 6629891-1
Monetary - UI-Monetarily Ineligible DENIED
Appealed by: Claimant

*1-798-378-5755*

## APPEARANCES:

The claimant appeared.

Although duly notified of the date and time of the hearing, UPS Supply Chain Solutions, Inc. did not return the requested contact information in order to participate, nor did they request a postponement.

## EXHIBIT(S):

None

## ISSUE(S) OF LAW:

RSA 282-A: 25, whether the claimant earned sufficient annual earnings in the base period to establish a claim for benefits, whether the claimant has annual earnings of at least $1,400.00 in each of two calendar quarters in the base period.

## FINDINGS OF FACT:

The claimant filed an initial claim benefits effective April 14, 2019.

The claimant was incarcerated all of 2018 until March 13, 2019. He did not have any employment in 2018, nor has he worked since his release on March 13, 2019.

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 000933
Page 1 of 3

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021376357

PSN: 000933
NOTICE: JI57N1

## CONCLUSION(S) OF LAW:

To establish a monetary eligibility for benefits, a claimant must have at least $1,400.00 in annual earnings in two separate calendar quarters in the base period, and at least $2,800.00 in annual earnings in the base period. See RSA 282-A: 25.

RSA 282-A: 2, I defines the base period as the first four of the five most recent completed calendar quarters. In this instance, that would be the period of January 1, 2018 through December 31, 2018.

The claimant does not have any earnings during the primary base period. Therefore, he does not meet the monetary requirements for a claim based on the primary base period.

RSA 282-A: 2, II defines the alternate based period as the last four completed calendar quarters immediately preceding the effective date of the claim. In this instance, that would be from April 1, 2018 through March 31, 2019.

The claimant does not have any earnings during the alternate base period. Therefore, he does not meet the monetary requirements for a claim based on the alternate base period.

Therefore, the Chairman concludes that the claimant lacks sufficient quarterly earnings to establish monetary eligibility.

## DECISION:

This Document includes 1 separate decision(s).

The Chairman affirms the determination of the Certifying Officer dated April 17, 2019. The claimant does not have wages in employment in two separate calendar quarters in excess of $1,400.00 during either the primary or alternate base period of his claim. Therefore, he lacks sufficient quarterly earnings to establish a claim for benefits effective April 14, 2019.

## DECISION OF THE APPEALS TRIBUNAL: Chairman  Heather Wiggins

Hearing Method: By phone          Hearing Date: 05/07/2019          Hearing Location: Nashua Local Office

---

**IF YOU WISH TO APPEAL THIS DECISION, SEE THE NEXT PAGE FOR YOUR APPEAL RIGHTS.**
**THIS DECISION IS FINAL UNLESS AMENDED BY THE CHAIRMAN OR APPEALED IN WRITING.**
**AN APPEAL IS TIMELY IF IT IS RECEIVED IN THE DEPARTMENT OR POSTMARKED NO LATER THAN:**
**05/22/2019**

---



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 000933                    THIS SPACE FOR OFFICIAL USE ONLY                    PSN: 000933
Page 2 of 3                        ID: 000000021376357                        NOTICE: JI57N1

**THIS DECISION IS FINAL UNLESS APPEALED IN WRITING OR AMENDED BY THE CHAIRMAN.**

AN APPEAL IS TIMELY IF IT IS RECEIVED IN THIS DEPARTMENT OR POSTMARKED BY: 05/22/2019.

**APPEAL RIGHTS:** An Interested Party adversely affected by this Decision may request the Commissioner reopen the Decision due to fraud, mistake, or newly-discovered evidence. The Unemployment Compensation Law, as provided in RSA 282-A:60, requires a written request that includes the facts or arguments that are the basis for the request. The request should be addressed to: **Commissioner, NH Employment Security, c/o Legal Section, 45 South Fruit Street, Concord, NH 03301-4857**. Please include your name, the docket number, and the last four digits of the claimant's Social Security number.

A reopen request is timely if postmarked or received by the Department within **14 calendar days from the date the Decision was issued**. If the 14th day is a Saturday, Sunday or legal holiday, the deadline above was extended to the next work day.

If the reopen request is filed after this deadline, include the reason(s) for the delay, as the Commissioner may extend this limit if sufficient grounds exist to justify or excuse a filing delay.

---

After all appeal levels have been exhausted, RSA 282-A:29 allows the Commissioner, with the approval of the Attorney General's Office, to forgive an individual of an overpayment of benefits under certain conditions. You may request forgiveness of the overpayment debt by writing to the **Deputy Commissioner, 45 South Fruit Street, Concord, NH 03301**. Your request must explain why you believe this debt should be forgiven.

---

## PROTECTION OF RIGHTS AND BENEFITS

**Waiver of Rights Void:** Any agreement by an individual to waive, release, or commute his rights to benefits or any other rights under this chapter shall be void. See RSA 282-A:157.

**Limitation of Fees:** No individual claiming benefits shall be charged fees of any kind in any proceeding under this chapter by the commissioner of the department of employment security, or by his representative or by any court or by any officer thereof. Any individual claiming benefits before the commissioner or his representative may be represented by counsel or other duly authorized agent; but no such counsel or agent shall either charge or receive for such services more than an amount approved by the commissioner. Any person who violates any provision of this section shall be guilty of a misdemeanor. See RSA 282-A:158.

**No Assignment or Attachment of Benefits:** Any assignment, pledge, or encumbrance of any right to benefits, which are or may become due or payable under this chapter shall be void. Such rights to benefits shall be exempt from levy, execution, attachment, or any other remedy whatsoever provided for the collection of debt or taxes. Benefits received by any individual, so long as they are not mingled with other funds of the recipient, shall be exempt from any remedy whatsoever for the collection of all debts except debts incurred for necessaries furnished to such individual or his spouse or dependents during the time when such individual was unemployed. Any waiver of any exemption provided for in this section shall be void except for child support obligations as provided in RSA 282-A:31. See RSA 282-A:159.

**Prohibition Against Discrimination:** No person shall discriminate in any way against another person because of his appearance or intended appearance as a witness or party, or for giving or furnishing information in connection with any proceeding under this chapter or an appeal therefrom. Any person who violates any provision of this section shall be subject to the penalties provided in RSA 282-A:161-168. See RSA 282-A:160.



---

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 000933
Page 3 of 3

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021376357

PSN: 000933
NOTICE: JI57N1



# NEW HAMPSHIRE EMPLOYMENT SECURITY

# APPEAL TRIBUNAL DECISION(S)

226-2021-CV-00048

JFS-86969

| Claimant's Name | Social Security Number |
|---|---|
| INOSENCIO BAEZ SAMORA | ***-**-3440 |

Date Issued:
04/26/2019

Appeal Tribunal:

APPEALS - APPEAL TRIBUNAL
45 SOUTH FRUIT STREET
PO BOX 2009
CONCORD NH  03302-2009

Phone:  (603) 223-6140
Fax:     (603) 223-6141

INOSENCIO BAEZ SAMORA
PO BOX 2091
LYNN MA  01901

| Employer Name | UI Account Number |
|---|---|

## APPELLANT:

Claimant

## DOCKET NUMBER(S):

1900900740

## INTERESTED PARTIES:

Original Determination: INOSENCIO BAEZ SAMORA, UPS SUPPLY CHAIN SOLUTIONS INC

## CASE HISTORY:

Determination #: 6627967-1
Monetary - UI-Monetarily Ineligible DENIED
Appealed by: Claimant

## APPEARANCES:

None. The Department duly notified the claimant the date and time of the telephone hearing.  The claimant did not provide a telephone contact number or request a postponement.

## EXHIBIT(S):

None.

## ISSUE(S) OF LAW:

None.

## FINDINGS OF FACT:

The claimant, the appellant, was not available at the contact number he provided for the Appeal Hearing of April 25, 2019 at 9:45 AM.  He did not request a postponement in advance of the hearing.

## CONCLUSION(S) OF LAW:

The record does not disclose an error, therefore, the Appeal Tribunal Chairman dismisses the claimant's appeal of April 9, 2019, per RSA 282-A: 58 and Emp 207.21.

## DECISION:

This Document includes 1 separate decision(s).



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 000890
Page 1 of 3

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021348134

PSN: 000890
NOTICE: JI57N1

This is a Service Document For Case: 226-2021-CV-00048
Hillsborough Superior Court Southern District

The Chairman affirms the Certifying Officer's determination issued on April 8, 2019.

## DECISION OF THE APPEALS TRIBUNAL: Chairman  Kevin Croce

Hearing Method: By phone        Hearing Date: 04/25/2019        Hearing Location: Conway Local Office

---

**IF YOU WISH TO APPEAL THIS DECISION, SEE THE NEXT PAGE FOR YOUR APPEAL RIGHTS.**
**THIS DECISION IS FINAL UNLESS AMENDED BY THE CHAIRMAN OR APPEALED IN WRITING.**
**AN APPEAL IS TIMELY IF IT IS RECEIVED IN THE DEPARTMENT OR POSTMARKED NO LATER THAN:**
**05/10/2019**

---



Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000021348134

PSN: 000890
NOTICE: JI57N1

**THIS DECISION IS FINAL UNLESS APPEALED IN WRITING OR AMENDED BY THE CHAIRMAN.**

AN APPEAL IS TIMELY IF IT IS RECEIVED IN THIS DEPARTMENT OR POSTMARKED BY:
05/10/2019.

**APPEAL RIGHTS:** An Interested Party adversely affected by this Decision may request the Commissioner reopen the Decision due to fraud, mistake, or newly-discovered evidence.  The Unemployment Compensation Law, as provided in RSA 282-A:60, requires a written request that includes the facts or arguments that are the basis for the request.  The request should be addressed to: **Commissioner, NH Employment Security, c/o Legal Section, 45 South Fruit Street, Concord, NH 03301-4857.**  Please include your name, the docket number, and the last four digits of the claimant's Social Security number.

A reopen request is timely if postmarked or received by the Department within **14 calendar days from the date the Decision was issued.**  If the 14th day is a Saturday, Sunday or legal holiday, the deadline above was extended to the next work day.

If the reopen request is filed after this deadline, include the reason(s) for the delay, as the Commissioner may extend this limit if sufficient grounds exist to justify or excuse a filing delay.

> After all appeal levels have been exhausted, RSA 282-A:29 allows the Commissioner, with the approval of the Attorney General's Office, to forgive an individual of an overpayment of benefits under certain conditions.  You may request forgiveness of the overpayment debt by writing to the **Deputy Commissioner, 45 South Fruit Street, Concord, NH 03301.**  Your request must explain why you believe this debt should be forgiven.

## PROTECTION OF RIGHTS AND BENEFITS

**Waiver of Rights Void:**  Any agreement by an individual to waive, release, or commute his rights to benefits or any other rights under this chapter shall be void.  See RSA 282-A:157.

**Limitation of Fees:**  No individual claiming benefits shall be charged fees of any kind in any proceeding under this chapter by the commissioner of the department of employment security, or by his representative or by any court or by any officer thereof.  Any individual claiming benefits before the commissioner or his representative may be represented by counsel or other duly authorized agent; but no such counsel or agent shall either charge or receive for such services more than an amount approved by the commissioner. Any person who violates any provision of this section shall be guilty of a misdemeanor.  See RSA 282-A:158.

**No Assignment or Attachment of Benefits:**  Any assignment, pledge, or encumbrance of any right to benefits, which are or may become due or payable under this chapter shall be void. Such rights to benefits shall be exempt from levy, execution, attachment, or any other remedy whatsoever provided for the collection of debt or taxes. Benefits received by any individual, so long as they are not mingled with other funds of the recipient, shall be exempt from any remedy whatsoever for the collection of all debts except debts incurred for necessaries furnished to such individual or his spouse or dependents during the time when such individual was unemployed. Any waiver of any exemption provided for in this section shall be void except for child support obligations as provided in RSA 282-A:31. See RSA 282-A:159.

**Prohibition Against Discrimination:**  No person shall discriminate in any way against another person because of his appearance or intended appearance as a witness or party, or for giving or furnishing information in connection with any proceeding under this chapter or an appeal therefrom.  Any person who violates any provision of this section shall be subject to the penalties provided in RSA 282-A:161-168.  See RSA 282-A:160.

Si usted no puede leer esto, llame por favor a 1-800-266-2252 para una traduccion.

DSN: 000890
Page 3 of 3

**THIS SPACE FOR OFFICIAL USE ONLY**
ID: 000000021348134

PSN: 000890
NOTICE: JI57N1

File Date: 1/29/2021 2:03
Hillsborough Superior Court Southern Dist
E-Filed Docum

226-2021-CV-00048

New Hampshire Merrimack Superior Court
5 Court St.
Concord NH 03301

Sr/Madam. Appointed Judge

Your "Honor", I Inosencio Baez Samora, (Homeless) of General Delivery Nashua New Hampshire, 03061. I want you please to consider accepting my case because the time when it occurred.  When I started my dispute in October 2016 against UPS-Scs Pratt & Whitney at 52 Pettengill Rd Londonderry NH, I was arrested in January 2017 and placed on GPS and not allowed to leave Massachusetts State. I believe UPS managers will participate in my imprisonment.

I served 18 months jail from September 22, 2017 to March 13, 2019, between Middleton MA and Lawrence C. A. C. (The Farm). Prisoner ID: BK#P1702997 ECSD MSA0714072. After my return to Nashua I tried to reopen my unemployment claim to use the money to support myself and paid child support. I had been constantly blocked by the Nashua unemployment office pretending that I am someone else. For example: when looking at my record I found a letter where my unemployment payment was approved while reading the letter a female employee closed the computer screen saying "you shouldn't have been looking at that" (days later all my letter and preview file were deleted). When I quit the job for harassment and discrimination at UPS-Scs I contacted NH labor department via e-mail and I personal visit the office of the NH Commissioner office in Concord to open a case against UPS-SCS I believe nothing happened. My wage also was lower than other employees. I started making $12.00 p/h while others were making $16.00 p/h in the same position. When I was named "Troubleshooter" my wage was $14.00 p/h while another employee was making $20.00 p/h in the same position in different UPS plants.

I contacted NH Legal Service in 2019 asking to please help with UPS-Scs to pay my compensation. I sent all the information they asked me to open the case, today is the day that I haven't received an answer. (no one is answering my email either). I am looking for a remedy in this matter, I am homeless and attending Southern New Hampshire University. This false imprisonment had caused difficulty for me to find a job. My mother and daughter are experiencing difficult moments in life.

Thank you for taking the time to read this letter.

Sincerely:

Inosencio Baez Samora

File Date: 1/29/2021 2:03
Hillsborough Superior Court Southern Dist
E-Filed Docum

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

| | |
|---|---|
| **Court Name:** | Hillsborough - Superior Court-Southern District |
| **Case Name:** | Inosencio Baez Samora v. UPS-scs |
| **Case Number:**<br>(if known) | 226-2021-CV-00048 |

## APPEARANCE/WITHDRAWAL

**APPEARANCE**

Type of appearance (Select One)

☒ Appearance          ☐ Limited Appearance *(Civil cases only)*

If limited appearance, scope of representation:

_____

_____

_____

_____

Select One:

☐ As Counsel for:

_____

| (Name) | (Address) | (Telephone Number) |
|---|---|---|
| (Name) | (Address) | (Telephone Number) |
| (Name) | (Address) | (Telephone Number) |

☒ I will represent myself *(self-represented)*

**WITHDRAWAL**

As Counsel for _____   _____   _____

Type of Representation: (Select one)

☐ Appearance:

   ☐ Notice of withdrawal was sent to my client(s) on: _____ at the following address:

   _____

   ☐ A motion to withdraw is being filed.

☐ Limited Appearance: (Select one)

   ☐ I am withdrawing my limited appearance as I have completed the terms of the limited representation.

   ☐ The terms of limited representation have not been completed. A motion to withdraw is being filed.

*TurboCourt.com Form Set #5373199*

**Case Name:** Inosencio Baez Samora v. UPS SCS

**Case Number:** _____

**APPEARANCE/WITHDRAWAL** _____

---

### For non e-filed cases:

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

_____     _____
Other party                            Other party's attorney

---

**OR**

---

### For e-filed cases:

☐ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

---

Inosencio Baez Samora                  /s/ Inosencio Baez Samora          1/29/21
_____     _____    _____
Name of Filer                          Signature of Filer                 Date

                                       (603) 219-1029
_____     _____
Law Firm, if applicable  Bar ID # of attorney    Telephone

General Delivery                       ibzamora@outlook.com
_____     _____
Address                                E-mail

Nashua, NH 03061
_____
City              State      Zip code

TurboCourt.com Form Set #5373199

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name:  Hillsborough - Superior Court-Southern District

Case Name:  Inosencio Baez Samora v UPS-scs

Case Number:  226-2021-CV-00048
(if known)

## MOTION FOR WAIVER OF FILING FEE

I, Inosencio Baez Samora _____, hereby request that the Court waive the filing fee in this case as I do not have the financial ability to pay these fees at this time.

I have completed a Statement of Assets and Liabilities which is being filed with this motion.

In support of this motion, it is stated as follows:

I am homeless attending to Southern NH University  at the same time I am trying to find a
job. I have a student loan of $43,000.00.  Credit card debt of $8,000.00. Child Support
of $100.00 monthly since I am unemployed.  I had difficulty finding a job since I was
release from jail.

Wherefore, it is respectfully requested that this Court waive the filing fee in this case.

| | |
|---|---|
| Inosencio Baez Samora | /s/ Inosencio Baez Samora          5/10/21 |
| Name of Filer | Signature of Filer                    Date |
| | (603) 233-5974 |
| Law Firm, if applicable       Bar ID # of attorney | Telephone |
| General Delivery | ibzamora@outlook.com |
| Address | E-mail |
| Nashua, NH 03061 | |
| City                       State        Zip code | |

TurboCourt.com Form Set #5906009

**Case Name:** Inocencio Baez-Samora v UPS, scs

**Case Number:** 226-2021-CV-00048

**MOTION FOR WAIVER OF COURT FEES**

## FOR COURT USE ONLY

[X] Motion Granted.                    ☐ Motion Denied

☐ Motion granted, in part.  Filing fee reduced, party to pay $ _____

May 11, 2021
_____
Date

*Karen a. Gorham*
_____
Karen A. Gorham, Superior Court Administrator
May 11, 2021

**Clerk's Notice of Decision
Document Sent to Parties
on**  05/11/2021

TurboCourt.com Form Set #5695009

**Merrimack County Sheriff's Office**

DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

UPS-SCS
10 FERRY ST    313
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS                                              6/ 10 /2021

I, DEPUTY JENNIFER L BOUCHER, on this date at 1054 (a.m.) p.m.,
summoned the within named defendant UPS-SCS as within commanded, by leaving
at the office of Registered Agent Corporation Service Company, 10 Ferry
Street, Suite 313, Concord, said County and State of New Hampshire, its
true and lawful agent for service of process under and by virtue of Chapter
293-A New Hampshire RSA, as amended, a true and attested copy of this
Summons and Complaint.

FEES

| | |
|---|---|
| Service | $25.00 |
| Postage | 1.00 |
| Travel | 15.00 |

TOTAL          $41.00

DEPUTY   JENNIFER L BOUCHER
Merrimack County Sheriff's Office

**A TRUE COPY ATTEST:**

**DEPUTY BOUCHER**
Merrimack County Sheriff's Office

